**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DANIEL LEE NEWMAN and KATHLEEN
PEARL NEWMAN,

                Plaintiffs,

vs.                                             Case No. 3:12-cv-425-J-32JRK

ORANGE PARK MEDICAL CENTER, et al.,

                Defendants.
_____/

## **REPORT AND RECOMMENDATION**[1]

This cause is before the Court sua sponte. On April 16, 2012, Plaintiffs filed a Complaint (Doc. No. 1) against sixteen (16) defendants. On that same date, Plaintiffs requested that they be allowed to proceed in forma pauperis. See Affidavits of Indigency (Doc. Nos. 2, 3), construed as Motions to Proceed In Forma Pauperis ("Motions"). After reviewing the Complaint, the undersigned advised Plaintiffs that they had failed to properly allege subject matter jurisdiction. See Order (Doc. No. 6), entered May 16, 2012. Therefore, the Motions were taken under advisement, and Plaintiffs were directed to file an amended complaint by June 15, 2012. Id. Plaintiffs were also advised that failure to file an amended complaint could result in dismissal of their action for failure to prosecute. Id. at 3.

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document. Failure to file timely objections may bar a party from a de novo determination by a district judge and from attacking factual allegations on appeal. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

To date, Plaintiffs have not filed an amended complaint or requested more time in which to do so. Accordingly, it is

**RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

2. That the Clerk of Court be directed to close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on June 26, 2012.

JAMES R. KLINDT
United States Magistrate Judge

jld
Copies to:
Pro se parties