**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DANIEL LEE NEWMAN, et al.,

        Plaintiffs,

vs.                                                         Case No. 3:12-cv-425-J-32JRK

ORANGE PARK MEDICAL CENTER,
et al.,

        Defendants.

## ORDER

Upon review of the file it is hereby

**ORDERED**:

1.     The Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections were filed, is **ADOPTED** in full as the opinion of the Court.

2.     Plaintiffs' Motions for Leave to Proceed *In Forma Pauperis* (Docs. 2 and 3) are **DENIED**.

3.     This case is dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a). Plaintiffs are advised that any future attempt to prosecute this case in federal court must include allegations of federal jurisdiction. If plaintiffs wish to pursue this case, they may want to consult an attorney; it is also possible that any suit might have to be filed in state court not federal court.

    4.    The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of July, 2012.

                                                TIMOTHY J. CORRIGAN
                                                United States District Judge

mg.
Copies:

counsel of record